**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Brent Ganger et al.,

Plaintiffs,

v.

Jonathan Ross et al.,

Defendants.

---

Civil No. 26-cv-4231 (LMP/DJF)

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Dated: October 1, 2026

s/*Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge